UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
JOSEPH GUGLIELMO, on behalf of himself and all
others similarly situated,

                              Plaintiff,

    -v.-

REVZILLA MOTORSPORTS, LLC,

                              Defendant.
------------------------------------------------------------------------x

Civil Action No:
1:19-cv-11850 (ER)

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendant Revzilla Motorsports, LLC in the above captioned action, that this action is dismissed as to Revzilla Motorsports, LLC in its entirety with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 15, 2020

| For Plaintiff Joseph Guglielmo | For Defendant Revzilla Motorsports, LLC |
|---|---|
| *(signature)* <br> David Paul Force <br> Stein Saks, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> 201-282-6500 <br> dforce@steinsakslegal.com | *(signature)* <br> Philip Andrew Goldstein <br> McGuireWoods LLP <br> 1251 Avenue of the Americas 20th floor <br> New York, NY 10020 <br> 212-548-2167 <br> pagoldstein@mcguirewoods.com |
|  |  |

1

## **CERTIFICATE OF SERVICE**

    I certify that on July 15, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                        */s/ David Paul Force*
                                                        David Paul Force
                                                        **Stein Saks, PLLC**
                                                        285 Passaic Street
                                                        Hackensack, NJ 07601
                                                        *Attorneys for Plaintiff*